# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 03, 2018

SEAN F. McAVOY, CLERK

Joseph E Hensz, a single person

*Plaintiff*

v.

City of Spokane; Spokane Police Department; Chief of Police Craig N Meidl; Officer Michael D Roberge; Officer Amy K Woodyard,

*Defendant*

Civil Action No. 2:18-cv-00006-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judgment, ECF No. 14, GRANTED.
Plaintiff's claims brought pursuant to 42 U.S.C. § 1983 are DISMISSED with prejudice.
Plaintiff's state law claims are DISMISSED without prejudice.
Judgment in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. on Defendant's Motion for Summary Judgment, ECF No. 14.

Date: 7/3/18

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*
Shelly Koegler